■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARQUES RODRIGUEZ, Appellant.—Judgment unanimously affirmed. Memorandum: We reject defendant's contention that he was sentenced improperly *(see, People v Moore,* 147 AD2d

971; *People ex rel. McGuire v Smith,* 54 AD2d 1066; *Matter of Whittaker v Smith,* 51 AD2d 858, *appeal dismissed* 41 NY2d 943). (Appeal from Judgment of Erie County Court, LaMendola, J.—Grand Larceny, 4th Degree.) Present—Denman, P. J., Boomer, Pine, Lawton and Boehm, JJ.